UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GAURAV KUMAR,

                    Petitioner,

     v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

                  Respondents.

Case No. C26-830-MLP

ORDER

Petitioner Gaurav Kumar is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center. On March 9, 2026, he filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, alleging he was detained on December 18, 2025, despite being granted until March 9, 2026, to voluntarily depart the United States. (Dkt. # 1.) He further contends he cannot be removed to his country because of "the war" and seeks release and to "protect [his] voluntary departure option[.]" (*Id.* at 3.) On March 16, 2026, Respondents filed a notice of intent to remove Petitioner on or after March 20, 2026. (Dkt. # 7.) Respondents have sent Petitioner a copy of the notice via certified mail. (*Id.* at 3.) Accordingly, the Court ORDERS as follows:

ORDER - 1

(1)    Respondents shall provide Petitioner with a copy of this Order and the notice of intent to remove (dkt. # 7) within **twenty-four (24) hours**.

(2)    Respondents shall file a status report by **March 18, 2026**, informing the Court of Petitioner's country of origin; the country to which ICE intends to remove Petitioner; and the basis for detaining Petitioner on December 18, 2025. Respondents shall provide a copy of the status report to Petitioner.

Dated this 17th day of March, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2